**Order filed August 11, 2014**



In The

# Fourteenth Court of Appeals

———————

NO. 14-14-00644-CV

———————

## IN RE MATTHEW G. DILICK, EAST BISSONETT LTD., EAST BISSONETT GP, INC., AND FLAT STONE II LTD., Appellant

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-20973**

## ORDER

This is an original proceeding petition for writ of mandamus filed in this Court on August 11, 2014. Related cases were previously filed in the Court of Appeals for the First District of Texas under case numbers 01-13-00216-CV and 01-13-00248-CV.

It is ORDERED that the original proceeding docketed under this court's appellate cause number 14-14-00644-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5.  14th Tex. App. (Houston)

Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM